UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    :

ARELIS GONZALEZ
                                                          : Bankruptcy No. 15-16350REF
            Debtor(s)                                     : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: December 1, 2016**

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

KEVIN K KERCHER ESQ
881 THIRD STREET
SUITE C-2
WHITEHALL PA 18052-

ARELIS GONZALEZ
23 W. UNION BLVD.
BETHLEHEM,PA.18018