United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Arelis Gonzalez
    Debtor

Case No. 15-16350-ref
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Cathleen    Page 1 of 1    Date Rcvd: Dec 01, 2016
    Form ID: pdf900    Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2016.
```
db             +Arelis Gonzalez,    23 W. Union Blvd.,    Bethlehem, PA 18018-3910
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13591127       +KML Law Group, P.C.,    BNY Mellon Independence Center,    701 Market St., Suite #5000,
                 Philadelphia, PA 19106-1541
13621745       +PNC BANK, NATIONAL ASSOCIATION,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13686602       +PNC Bank, National Association,    c/o PNC Mortgage, a division of PNC Bank,
                 Attn: Bankruptcy Department,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13591128        PNC Mortgage,    P.O. Box 1820,    Dayton, OH  45401-1820
13591129        US Department Of Education,    P.O. Box 740283,    Atlanta, GA  30374-0283
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: robertsl2@dnb.com Dec 02 2016 02:18:45     Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 02 2016 02:18:28
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 02 2016 02:18:55     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Dec 02 2016 02:21:49      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13611121       +E-mail/Text: bankruptcy@cavps.com Dec 02 2016 02:18:50     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13599180        E-mail/PDF: rmscedi@recoverycorp.com Dec 02 2016 02:20:45
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13637126       +E-mail/Text: electronicbkydocs@nelnet.net Dec 02 2016 02:18:39     U.S. Department of Education,
                 C/O Nelnet,    3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
                                                                                               TOTAL: 7
```

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2016        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2016 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KEVIN K. KERCHER    on behalf of Debtor Arelis  Gonzalez kevinkk@kercherlaw.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                              :

ARELIS GONZALEZ
                                                                    : Bankruptcy No. 15-16350REF
         Debtor(s)                                                  : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: December 1, 2016**

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

KEVIN K KERCHER ESQ
881 THIRD STREET
SUITE C-2
WHITEHALL PA 18052-

ARELIS GONZALEZ
23 W. UNION BLVD.
BETHLEHEM,PA.18018